IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>    Plaintiff,<br><br>v.<br><br>SAN PABLO POLICE OFFICER ROBERT BRADY, et al.,<br><br>    Defendants. | No. C 08-05363 SBA (PR)<br><br>**ORDER LIFTING STAY; AND DIRECTING CLERK OF THE COURT TO REOPEN FILE**<br><br>(Dkt. 21) |

    Plaintiff filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983. Thereafter, Plaintiff filed an amended complaint. In an Order dated April 29, 2009, the Court granted Plaintiff's motion to stay further proceedings in this matter until his criminal proceedings concluded. The Court also directed the Clerk of the Court to administratively close this case.

    Before the Court is Plaintiff's request to lift the stay in this case on the grounds that all criminal proceedings have since concluded. Dkt. 21.

    Having read and considered Plaintiff's ex parte request and his accompanying declaration, and good cause appearing,

    The Court hereby GRANTS Plaintiff's request to lift the stay entered on April 29, 2009. The Clerk is directed to REOPEN the case file.

    The Court will review Plaintiff's amended complaint is a separate written Order.

    This Order terminates Docket no. 21.

    IT IS SO ORDERED.

DATED: 11/25/2013

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.08\Sturgis5363.liftSTAY.frm