1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  LAURA A. COX (State Bar No. 296147)
   McNAMARA, NEY, BEATTY, SLATTERY,
3  BORGES & AMBACHER LLP
   1211 Newell Avenue
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   City of San Pablo, Officer Robert Brady
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | Lamos Wayne Sturgis, | Case No. C08-5363 SBA
12 | Plaintiff, | **ORDER ON DEFENDANTS' MOTION FOR LEAVE TO ENLARGE TIME FOR DEFENDANTS TO FILE A FRCP 12(b)(6) MOTION TO DISMISS**
13 | vs. |
14 | Officers Robert Brady, Neece Lafayette, Perilla, and McDevitt of the City of San Pablo Police Department; City of San Pablo, | Judge: Saundra Brown Armstrong
15 |  |
16 |  |
17 | Defendant. |

18      San Pablo Defendants' Motion for Leave to Enlarge Time for Defendants to File a FRCP
19 12(b)(6) Motion to Dismiss per N.D. Cal. Civil Local Rule 6-3, came before this Court. Good
20 cause having been shown, and after full consideration of the moving papers and supporting
21 documents, and any opposition and opposing arguments, the Court finds that San Pablo
22 Defendants' motion is hereby GRANTED.
23      The Court finds that there are good reasons to enlarge time for 30 days and there would be
24 prejudice and harm to San Pablo Defendants if the September 22, 2014, deadline was not
25 extended. Furthermore, San Pablo Defendants made an effort to obtain Plaintiff Lamos Sturgis'
26 stipulation to enlarge time, doing so would not alter the scheduling of this case, and there have
27 not been any other dates that have been moved.
28      ACCORDINGLY, IT IS HEREBY ORDERED that

~~PROPOSED~~ ORDER ON DEFENDANTS'
MOTION FOR LEAVE

San Pablo Defendants are granted leave to enlarge time for 30 days or up to and including **October 22, 2014** to file their FRCP 12(b)(6) Motion to Dismiss.

IT IS SO ORDERED.

Dated:  9/18/2014

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
Magistrate Judge