1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  JANICE L. AMENTA (SBN 161260)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
4  Martinez, California 94553
   Telephone:   (925) 335-1800
5  Facsimile:   (925) 335-1866
   Electronic Mail: janice.amenta@cc.cccounty.us
6
   Attorneys for Defendant
7  DEPUTY BRIAN McDEVITT

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  LAMOS WAYNE STURGIS,                 | No.  C08-05363 SBA (PR)

12          Plaintiff,                   | ORDER GRANTING DEFENDANT'S
                                         | DEPUTY BRIAN MCDEVITT'S
13  v.                                   | ADMINISTRATIVE MOTION TO ENLARGE
                                         | TIME TO FILE MOTION FOR SUMMARY
14  OFFICERS ROBERT BRADY,               | JUDGMENT
    NEECE LAFAYETTE, PERILLA, and
15  McDEVITT OF THE CITY OF SAN
    PABLO POLICE DEPARTMENT;             | Judge:  Hon. Saundra Brown Armstrong Presiding
16  CITY OF SAN PABLO,                   | Date Action Filed:  November 26, 2008
                                         | Trial Date:   None Assigned
17          Defendants.

18

19      Defendant DEPUTY BRIAN MCDEVITT brings his administrative motion to enlarge

20  time to file a summary judgment motion pursuant to Local Rules 6-1 and 6-3.  McDEVITT

21  makes his motion to ensure he has sufficient time to subpoena and receive plaintiff's medical

22  records so they may be included in the evidence in support of his motion to directly contravene

23  plaintiff's claim of deliberate indifference to his medical needs.

24      Good Cause Appearing Therefor, IT IS ORDERED THAT:

25   McDEVITT'S motion is GRANTED.  McDEVITT shall file a motion for summary judgment

26  no later than **January 16, 2015**.

27      DATE: 12/12/2014            _____
                                    HON. SAUNDRA BROWN ARMSTRONG
28                                      Senior United States District Judge

ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME C08-05363 SBA (PR)       1