UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER ROBERT BRADY, et al,<br><br>    Defendants.<br>_____/ | No. 4:08-CV-05363 SBA (NJV)<br><br>ORDER VACATING<br>SETTLEMENT CONFERENCE AND<br>SETTING STATUS CONFERENCE |

On January 22, 2015, Defendants filed a request to continue the settlement conference set in this case for February 25, 2015. (Doc. 84.) Defendants base their request on the pendency of a motion to dismiss and a motion for summary judgment. Good cause appearing, Defendants' request will be granted. The settlement conference set for February 25, 2015, is HEREBY VACATED.

This case is set for a telephonic scheduling conference at 1:00 p.m. on March 31, 2015. The parties shall attend the conference by dialing 888-684-8852 and entering access code 1868782.

IT IS SO ORDERED.

Dated: January 28, 2015

                                                                            NANDOR J. VADAS<br>
                                                                            United States Magistrate Judge

<div style="text-align: left; font-weight: bold;">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS, | No. 4:08-CV-05363 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| OFFICER ROBERT BRADY, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 28, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Lamos Wayne Sturgis
2816 Pistachio Ct.
Antioch, CA 94509

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas