JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
LAURA A. COX (State Bar No. 296147)
McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
City of San Pablo, Officer Robert Brady

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lamos Wayne Sturgis,<br><br>Plaintiff,<br><br>vs.<br><br>Officers Robert Brady, Neece Lafayette, Perilla, and McDevitt of the City of San Pablo Police Department; City of San Pablo,<br><br>Defendant. | Case No. C08-5363 SBA<br><br>~~PROPOSED~~ ORDER ON SAN PABLO DEFENDANTS' MOTION FOR LEAVE TO ENLARGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Saundra Brown Armstrong |

Defendants CITY OF SAN PABLO and OFFICER ROBERT BRADY's ("San Pablo Defendants") Motion for Leave to Enlarge Time to File Motion for Summary Judgment per N.D. Cal. Civil Local Rules 6-1 and 6-3(a), came before this Court. Good cause having been shown, and after full consideration of the moving papers and supporting documents, and any opposition and opposing arguments, the Court finds that the San Pablo Defendants' motion is hereby GRANTED.

The Court finds that there are good reasons to enlarge time for the San Pablo Defendants to file their Motion for Summary Judgment within 60 days after the Court's ruling on the San Pablo Defendants' Rule 12 Motion, and there would be prejudice and harm to the San Pablo Defendants if the December 21, 2014, deadline was not extended. Furthermore, the San Pablo Defendants made an effort to obtain Plaintiff Lamos Sturgis' stipulation to enlarge time, doing so

would not alter the scheduling of this case, and there have been minimal previous time modifications in this case.

ACCORDINGLY, IT IS HEREBY ORDERED that:

The San Pablo Defendants are granted leave to file their Motion for Summary Judgment within 60 days of the Court's ruling on their Rule 12 Motion.

IT IS SO ORDERED.

Dated: 2/3/2015

Hon. Saundra Brown Armstrong
United States District Judge

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **PROPOSED ORDER ON SAN PABLO DEFENDANTS' MOTION FOR LEAVE TO ENLARGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Plaintiff in Pro Per:**

Mr. Lamos Wayne Sturgis
2816 Pistachio Court
Antioch, CA 94509

**Attorneys For Defendant Deputy McDevitt:**

Janice L. Amenta, Esq.
Deputy County Counsel
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553

Phone: 925-335-1800
Fax: 925-335-1866

**Served electronically**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 4, 2014 at Walnut Creek, California.

_____
SABRINA AHIA