UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>   Plaintiff,<br><br>v.<br><br>SAN PABLO POLICE OFFICER ROBERT BRADY, et al.,<br><br>   Defendants. | Case No:  C 08-5363 SBA (PR)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE DEADLINE** |

On July 10, 2015, the instant matter was re-referred to Magistrate Judge Nandor Vadas for settlement proceedings pursuant to the Pro Se Prisoner Settlement Program.  Dkt. 107.  The settlement proceedings were to take place within sixty days.  *Id.*  However, pending before the Court are two dispositive motions filed by Defendants.  Dkt. 57, 77.  Defendants request that the Court resolve their dispositive motions prior to any settlement proceedings.  Dkt. 108.

Good cause appearing, Defendants' request is GRANTED, and the Court now reschedules the deadline for the aforementioned settlement proceedings.  The settlement proceedings shall take place within **thirty (30) days** after the date of the Court resolves the pending dispositive motions.  Magistrate Judge Vadas shall coordinate a time, date and place for a settlement proceeding with all interested parties and/or their representatives and, within **ten (10) days** after the conclusion of the settlement proceedings, file with the Court a report regarding the settlement proceedings.

IT IS SO ORDERED.

Dated:  8/3/15

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Sturgis5363.ScheduleSettlementAfterDispMots.docx