UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br>　　　　Plaintiff,<br>　v.<br>ROBERT BRADY, et al.,<br>　　　　Defendants. | Case No. 08-cv-05363-SBA (NJV)<br><br>**ORDER SETTING SCHEDULING CONFERENCE**<br>Re: Dkt. No. 111 |

Senior District Judge Armstrong has referred this case to the undersigned for a settlement conference. (Doc. 111.) Accordingly, the matter is HEREBY SET for a telephonic scheduling conference on March 29, 2016, at 1:00 pm. The parties shall attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: March 14, 2016

NANDOR J. VADAS
United States Magistrate Judge