UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAMOS STURGIS, | Case Number: 4:08-cv-05363-SBA (PR) |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | Dkt. 119 |
| SAN PABLO POLICE OFFICER ROBERT BRADY, et al. | |
| Defendants. | |

Because Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, counsel is hereby appointed as counsel for Lamos Sturgis in this matter:

> William S. Freeman (Bar No. 82002)
> wfreeman@jonesday.com
> Valerie McConnell (Bar No. 274159)
> vmcconnell@jonesday.com
> JONES DAY
> 1755 Embarcadero Road
> Palo Alto, CA 94303
> (650) 739-3939

The scope of this referral shall be for the limited purpose of representing the litigant at deposition and at a settlement conference.

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

Plaintiff's motion for appointment of counsel is denied as moot. The Clerk shall terminate Docket 119.

IT IS SO ORDERED.

Dated: 05/04/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge